THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SBA FISHERIES CORPORATION and F/V ENDEAVOR,<br><br>    Defendants. | NO. 2:18-CV-01650 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Plaintiff Nicholas Brown and defendant SBA Fisheries Corporation ("the Parties") through their counsel of record, hereby stipulate that the above-entitled action be dismissed with prejudice and without fees or costs to any party.

Dated this 17th day of April, 2019.

HARRIGAN LEYH FARMER & THOMSEN LLP

By  /s/ Charles Jordan (w/consent)
     Charles Jordan, WSBA #19206
     999 Third Avenue, Suite 4400
     Seattle, WA 98104
     Tel.: (206) 623-1700
     Fax: (206) 623-8717
     Email: chipj@harriganleyh.com

Dated this 17th day of April, 2019.

O'BRYAN BAUN KARAMANIAN

By  /s/ Gary Wm. Baun
     Gary Wm. Baun
     401 S. Old Woodward, Suite 463
     Birmingham, MI 48009
     Tel: (248) 258-6262
     Fax: (248) 258-6047
     Email: gbaun@obryanlaw.net

STIPULATION AND ORDER OF DISMISSAL - 1
Case No.: 2:18-cv-01650

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| By  /s/Michelle Buhler (w/consent)<br>Michelle Buhler, WSBA #16235<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel: (206) 623-1700<br>Fax: (206) 623-8717<br>Email: michelleb@harriganleyh.com | DAVIS LAW GROUP, P.S.<br><br>By  /s/ Christopher M. Davis (w/consent)<br>Christopher M. Davis, WSBA #23234<br>2101 Fourth Ave, Suite 1030<br>Seattle, WA 98121<br>Tel: (206) 727-4000<br>Email: chris@davislawgroupseattle.com |
| *Attorneys for SBA Fisheries Corporation* | *Attorneys for Plaintiff* |

### ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled matter be DISMISSED with prejudice and without costs to either party.

IT IS SO ORDERED this 17th day of April, 2019.

_____
Honorable James L. Robart

Presented by:

Dated this 17th day of April, 2019.                    Dated this 17th day of April, 2019.

| | |
|---|---|
| HARRIGAN LEYH FARMER & THOMSEN LLP | O'BRYAN BAUN KARAMANIAN |
| By  /s/ Charles Jordan (w/consent)<br>Charles Jordan, WSBA #19206<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel.: (206) 623-1700<br>Fax: (206) 623-8717<br>Email: chipj@harriganleyh.com | By  /s/ Gary Wm. Baun<br>Gary Wm. Baun<br>401 S. Old Woodward, Suite 463<br>Birmingham, MI 48009<br>Tel: (248) 258-6262<br>Fax: (248) 258-6047<br>Email: gbaun@obryanlaw.net |
| By  /s/Michelle Buhler (w/consent)<br>Michelle Buhler, WSBA #16235<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel: (206) 623-1700<br>Fax: (206) 623-8717<br>Email: michelleb@harriganleyh.com | DAVIS LAW GROUP, P.S.<br><br>By  /s/ Christopher M. Davis (w/consent)<br>Christopher M. Davis, WSBA #23234<br>2101 Fourth Ave, Suite 1030<br>Seattle, WA 98121<br>Tel: (206) 727-4000<br>Email: chris@davislawgroupseattle.com |
| *Attorneys for SBA Fisheries Corporation* | *Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL - 2
Case No.: 2:18-cv-01650

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

## CERTIFICATE OF SERVICE

I, hereby certify that on the 17rth day of April, 2019 the foregoing was filed using the Court's ECF Filing System and will be served on counsel of record via the Court's ECF System.

/s/Michele Wood
Michele Wood
Legal Assistant

STIPULATION AND ORDER OF DISMISSAL - 3
Case No.: 2:18-cv-01650

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, 44th FLOOR
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717